IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:17-CR-511-2-WKW |
| ) | |
| JULIO DELGADO   ) | |

## **ORDER**

In light of Defendant Julio Delgado's plea of guilty to a felony information, it is ORDERED that all pending motions filed by Delgado (Docs. # 41, 42, 43, 111, 112, 113) are DENIED as moot.

The Clerk of the Court is DIRECTED to terminate the Report and Recommendation of the Magistrate Judge (Doc. # 230) as to Defendant Julio Delgado.

DONE this 18th day of June, 2018.

                                              /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE